RECEIVED

JUL 2 2 2010

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| JEFFREY L. COLE | CIVIL ACTION NO. 10-0109 |
| VS. | SECTION P |
| LAFAYETTE PARISH SHERIFF'S OFFICE, ET AL. | JUDGE HAIK<br>MAGISTRATE JUDGE HANNA |

# JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that plaintiff's Civil Rights Complaint be **DISMISSED WITH PREJUDICE** as frivolous in accordance with the provisions of 28 U.S.C. § 1915(d)(2)(b)(i) and § 1915A(b)(1).

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 22nd day of July, 2010.

RICHARD T. HAIK, SR.
UNITED STATES DISTRICT JUDGE